# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**CARLOS MORGADO,**

      **Petitioner,**

v.                                     Case No.  4:16cv578-MW/CAS

**STATE OF FLORIDA,**

      **Respondent.**

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 7.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion.    This action is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Tampa Division, for all further proceedings. The Clerk shall close the file.

**SO ORDERED on October 31, 2016.**

                                               **s/Mark E. Walker            
United States District Judge**